## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## at PIKEVILLE

**Civil Action No. 09-08-HRW**

**SHARON ELAINE DOTSON**,                                        **PLAINTIFF,**

**v.**                                **JUDGMENT**

**MICHAEL J. ASTRUE**
**COMMISSIONER OF SOCIAL SECURITY,**                **DEFENDANT.**

In conformity with the Order entered this date and in compliance with

Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and

**ADJUDGED** that:

A.     pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;

B.     the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and

C.     this action is **STRICKEN** from the active docket of the Court.

This November 12, 2009.



Signed By:
**Henry R Wilhoit Jr.**
**United States District Judge**